IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GEORGETOWN CONDOMINIUMS        )
HOMEOWNERS' ASSOCIATION, INC.,)
                               )
              Plaintiff,       )
                               )
          v.                   )  CIVIL NO. 1:05CV00185
                               )
COMMUNITY APARTMENTS           )
CORPORATION OF FORSYTH COUNTY  )
#3; and TRACEY CHAMPION a/k/a  )
TRACEY REED,                   )
                               )
              Defendants.      )


O R D E R

BULLOCK, District Judge

    For the reasons set forth in the memorandum opinion filed
contemporaneously herewith,

    IT IS ORDERED that Plaintiffs' request for an award of costs
and attorney's fees upon remand is **DENIED.**

    IT IS FURTHER ORDERED that Plaintiffs' motion to remand
[Doc. #5] is **GRANTED**, and this civil action is **REMANDED** to the
General Court of Justice, District Court Division, Forsyth
County, North Carolina.

                                   _____
                                   United States District Judge

June 24, 2005